# A

# HUDAK'S CONSTRUCTION SERVICES, INC.

**Exhibit A**

**Repair and Restoration of the SSA Operations Building Headquarters Campus**
**GSA Contract No. GS-03P-03-DXC-0024**

**Amended and Re-Certified Claim For Equitable Adjustment**
**Additional Costs Stemming From Phase I Labor Impact**

**<u>Claim Summary</u>**

Claim Period 1: 6/1/2003 - 10/31/2003 (Resolved)
Claim Period 2: 11/1/2003 - 8/31/2004
Claim Period 3: 9/1/2004 - 12/31/2004
Claim Period 4: 1/1/2005 - 6/30/2006 (Resolved)

**ABATEMENT LABOR IMPACT COSTS**

**Claim Period 2: 11/1/2003 - 8/31/2004**

| | | | | | |
|---|---|---|---|---|---|
| Actual Labor Hours Expended | | 42,229 | hrs | | |
| Change Work Labor Hours | | (6,791) | hrs | | |
| Adjusted Labor Hours Expended | | 35,438 | hrs | | |
| Earned Labor Hours | | (31,439) | hrs | | |
| Abatement Labor Hour Overrun | | 3,999 | hrs | | |
| Allocated Labor Impact @ | 90% | 3,599 | hrs | | |
| Hourly Rate (w/ Burden @ 38%) | | $23.00 | per hour | | |
| **Subtotal** | | | | **$82,779.00** | |
| Overhead @ | 5% | | | $4,139.00 | |
| **Subtotal** | | | | **$86,918.00** | |
| Profit @ | 10% | | | $8,692.00 | |
| **Subtotal** | | | | | **$95,610.00** |

**Claim Period 3: 9/1/2004 - 12/31/2004**

| | | | | | |
|---|---|---|---|---|---|
| Actual Labor Hours Expended | | 10,000 | hrs | | |
| Change Work Labor Hours | | (1,683) | hrs | | |
| Adjusted Labor Hours Expended | | 8,317 | hrs | | |
| Earned Labor Hours | | (4,954) | hrs | | |
| Abatement Labor Hour Overrun | | 3,363 | hrs | | |
| Allocated Labor Impact @ | 90% | 3,027 | hrs | | |
| Hourly Rate (w/ Burden @ 38%) | | $23.00 | per hour | | |
| **Subtotal** | | | | **$69,614.00** | |
| Overhead @ | 5% | | | $3,481.00 | |
| **Subtotal** | | | | **$73,095.00** | |
| Profit @ | 10% | | | $7,309.00 | |
| **Subtotal** | | | | | **$80,404.00** |

**DEMOLITION LABOR IMPACT COSTS** **Exhibit A**

**Claim Period 2: 11/1/2003 - 8/31/2004**

| | | | | | |
|---|---|---|---|---|---|
| Actual Labor Hours Expended | | 62,198 | hrs | | |
| Change Work Labor Hours | | (7,787) | hrs | | |
| Adjusted Labor Hours Expended | | 54,411 | hrs | | |
| Earned Labor Hours | | (38,901) | hrs | | |
| Demolition Labor Hour Overrun | | 15,510 | hrs | | |
| Allocated Labor Impact @ | 90% | 13,959 | hrs | | |
| Hourly Rate (w/ Burden @ 38%) | | $21.20 | per hour | | |
| **Subtotal** | | | | **$295,930.00** | |
| Overhead @ | 5% | | | $14,797.00 | |
| **Subtotal** | | | | **$310,727.00** | |
| Profit @ | 10% | | | $31,073.00 | |
| **Subtotal** | | | | | **$341,800.00** |

**Claim Period 3: 9/1/2004 - 12/31/2004**

| | | | | | |
|---|---|---|---|---|---|
| Actual Labor Hours Expended | | 19,769 | hrs | | |
| Change Work Labor Hours | | (969) | hrs | | |
| Adjusted Labor Hours Expended | | 18,800 | hrs | | |
| Earned Labor Hours | | (7,522) | hrs | | |
| Demolition Labor Hour Overrun | | 11,278 | hrs | | |
| Allocated Labor Impact @ | 90% | 10,150 | hrs | | |
| Hourly Rate (w/ Burden @ 38%) | | $21.20 | per hour | | |
| **Subtotal** | | | | **$215,184.00** | |
| Overhead @ | 5% | | | $10,759.00 | |
| **Subtotal** | | | | **$225,943.00** | |
| Profit @ | 10% | | | $22,595.00 | |
| **Subtotal** | | | | | **$248,538.00** |

**TOTAL CLAIMED ADDITIONAL COSTS** **$766,352.00**