B

# Hudak's Construction Services, Inc.

*Architectural, Mechanical and Electrical Demolition*

January 23, 2004

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Jeremy Sibert
Re: Live Electrical Wires
Fax: 410-594-9782

---

Dear Jeremy:

During the work shift beginning on Wednesday, January 21, 2004, Hudak's encountered live electrical wires of substantial size beneath the raised access floor between column lines 14 and 18 on the 2nd floor. The lines are marked with green to be removed. Hudak's immediately notified Hensel Phelps' on-site Superintendent. As of the work shift that began on Thursday, January 22, 2004, Hensel Phelps' on-site Superintendent could not verify whether the lines had been checked or not.

This is delaying pre-abatement activities in this area. Please ensure that all systems are cut and capped to this area and be able to verify with Hudak's on-site personnel. Please be advised that Hudak's is working diligently to complete areas as scheduled, but matters like live electrical lines, sprinklers, etc. are delaying the progress.

If you have any questions regarding this matter I may be reached at 410-365-0631.

Sincerely,
HUDAK'S ASBESTOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Phillip W. Bosnick
Asst. Vice President

cc: file

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099