2

Hudak's Construction Services, Inc.

Architectural, Mechanical and Electrical Demolition

JAN 0 9 2004

FILE 3-20 ACTION SD
LR WW KA BW TD
LS LT JW SM
JC BD SO RP SD DG

January 7, 2004

Hensel Phelps Construction Co.
108 East Perimeter Drive-
Baltimore, Maryland 21207

Attn: Mark Starkey
Re: Changed Condition Issues
Fax: 410-594-9782

---

Dear Mark:

The following is a list of differing site conditions that have impacted the manner in which activities have been performed and have created additional work on the SSA project. The following items have impacted both cost and time factors. The conditions encountered are as follows:

1. The exterior block wall was originally to be done as one operation, as a demolition activity. Due to the potential contamination of the interior cells of the block wall, Hudak's has had to perform the removal in two (2) operations. First, the brick has to separated from the block wall as a demolition activity; second, as agreed upon in several meeting to discuss the issue, the block wall is being removed as an abatement activity. Scaffolding was set at the exterior of the building (pricing has already been forwarded), containments constructed, and removal of block wall completed. Portions of the block wall are being drummed and disposed of as asbestos waste.

   The additional cost associated with taking one operation and performing it as two, with one being performed as a demolition activity and one being performed as an abatement activity is $7.81/SF to include all additional labor, materials for containments, and disposal costs as asbestos debris verses general construction debris.

   The additional time associated with this work per each area is as follows:

   Area H - 18 Days
   Area D - 10 Days
   Area B - 18 Days
   Area J - 10 Days

2. The abatement of friable and non-friable materials – Hudak's had intended to erect containments per zone and perform abatement of all items at one time. The Owner's on-site industrial hygienist would not approve work practices in this manner. Hudak's has been directed to proceed by performing abatement of non-friable materials first, followed by the abatement of friable materials. Neither the specifications nor applicable regulations deem this course of action necessary. There are additional costs associated with performing work in this manner as areas have to be re-visited. The additional time and costs will be forwarded once they are ascertained.

3. Raised access flooring – As requested per C.E. # 74, Hudak's provided pricing of $1.00 per square foot to cover the additional labor, material, and disposal costs associated with wrapping the material and disposing of as asbestos waste rather than general construction debris. The

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099

total square footage of material being removed is being verified with the Owner's on-site industrial hygienist. The quantities will be billed monthly.

The additional time to date required for performing this work per areas is as follows:

Area H - 1 Days
Area D - 3 Days
Area B - 1 Days
Area J - 0 Days (At this time).

4. As stated in previous correspondence, the carpet is adhered to asbestos containing floor tile in some areas. The adhered carpet has been removed with the floor tile and disposed of as asbestos containing waste. The additional cost with removing the disposing of the carpet as an asbestos activity is $1.00 per square foot. The total square footage of material being removed is being verified with the Owner's on-site industrial hygienist. The quantities will be billed monthly.

   The additional time to date required for performing this work per areas is as follows:

   Area H - 6 Days
   Area D - 10 Days
   Area B - 13 Days
   Area J - 0 Days (At this time).

5. Bathroom chase walls – As directed, Hudak's has proceeded with the chase wall as contaminated with asbestos debris. Hudak's abatement crew, decontaminated the areas via HEPA vacuuming prior to demolition. The additional cost and time associated with performing the work in this manner has been minimal, and Hudak's does not anticipate any cost or time impacts. However, Hudak's reserves the right to request additional time and money if site conditions change.

Please review these issues to date. Proposals for work to date will be forthcoming, and Hudak's will continue to track the quantities of carpet and flooring removed as an abatement activity. The removal of non-friable materials and friable materials as separate activities will continue to be monitored to ascertain any negative impacts on the project schedule and cost impacts. Hudak's will continue with exterior wall demolition; however, due to the recent incident and near miss of Friday, January 2, 2003 and the unstable structure of the wall, additional engineering controls may be necessary to perform the remaining wall in a safe manner. This matter is still under investigation in order to develop methods that do not further impact costs and scheduling. As for the bathroom wall chases, as stated above, the contamination was readily resolved with minimal cost and time impacts. Hudak's anticipates that any remaining changes will reflect the same scenario.

Sincerely,
HUDAK'S ASBESTSOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Phillip W. Bosnick
Asst. Vice President

cc: file