3

6/23/03

Attached Correspondence from HP

# Hudak's Construction Services, Inc.

*Architectural, Mechanical and Electrical Demolition*

June 23, 2003

Hensel Phelps Construction Company
4437 Brookfield Corporate Drive
Suite 207
Chantilly, Virginia 20151

Attn: Bruce Rosenthal
Project: SSA Operations Bldg. Repair & Alteration, Phase 2
Re: Exterior Work

Dear Bruce:

Hudak's is in receipt of e-mail correspondence regarding exterior demolition and specifically the removal of tube steel and associated foundations. Hudak's has been directed to start "soft" demolition. If any significant amount of demolition is to be performed, it will be necessary to begin chute installation.

Can the steel at the areas of chute installation be removed? Please advise on this matter as soon as possible. If you have any questions, I may be reached at 410-238-2000.

Sincerely,
HUDAK'S ASBESTOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Phillip W. Bosnick
Asst. Vice President

cc: file

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099