4

1261A

# Hudak's Construction Services, Inc.

*Architectural, Mechanical and Electrical Demolition*

July 23, 2003

Hensel Phelps Construction Company
4437 Brookfield Corporate Drive
Suite 207
Chantilly, Virginia 20151

Attn: Bruce Rosenthal
Project: SSA Operations Bldg. Repair & Alteration, Phase 2
Re: Chute Installation

Dear Bruce:

Hudak's would like to install the chute for debris removal from the building at Column 1 between Q & R. In order to install the chute at this location, outside support steel and associated brick will have to be removed from the face of the building.

In addition, areas corresponding to the column lines to be used at the perimeter of the building will have to be vacated so that abatement can be performed and subsequently, the chute installed. In areas that cannot be isolated from the chute access by existing office doors, etc., plywood partitions will be installed in order to isolate the area from building occupants. All access at each level will be equipped with lockable hatches. Once chute installation is complete and areas are vacated by building occupants, all office and plywood partitions will be removed.

Actual specifications for the structure will be forwarded upon receipt from Aluma Systems, the Company retained by Hudak's for the chute installation. If you have any questions or require any additional information at this time, please do not hesitate to contact me at 410-365-0631.

Sincerely,
HUDAK'S ASBESTOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Phillip W. Bosnick
Asst. Vice President

cc: file

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099