5

Sterling - Hudaks Joint Venture
Demolition, Asbestos &
Lead Abatement Contractor

September 16, 2003

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Bruce Rosenthal
Re: Abatement Request
Fax: 410-594-9782

---

Dear Bruce:

Sterling-Hudak's Joint Venture would like to request to begin abatement activities on the 3rd and 4th floors at Columns P1 – Q1 and P2 – Q2 in order to facilitate installation of the chute.

If you have any questions regarding this request, please do not hesitate to contact me at 410-365-0631.

Sincerely,
Sterling-Hudak's Joint Venture

Phillip W. Bosnick
Project Manager

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099