7

# Sterling - Hudaks Joint Venture

Demolition, Asbestos &
Lead Abatement Contractor

October 20, 2003

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Bruce Rosenthal
Re: Shutdown Delay
Fax: 410-594-9782

Dear Bruce:

Sterling-Hudak's Joint Venture has been verbally informed that the shutdown for the chilled water and high pressure air has been delayed from October 18, 2003 to November 1, 2003.

The shut down is crucial to the start of abatement activities at the exterior wall and the subsequent installation of the trash chutes between column lines P & Q, and at the "Bus Loop" loading dock.

These activities are sequential in nature and dependent upon one another, i.e. the shutdown must occur first followed by abatement and finally chute installation.

Please be advised that the delay in the shut down will hold up abatement and chute installation activities. Hudak's was prepared to begin abatement between column lines P & Q and at the "Bus Loop" loading dock area, on Monday, October 20, 2003, the anticipated, full NTP. Now that the shutdown is delayed until November 1, 2003, Hudak's will realize additional costs associated with the delay in abatement activities and the installation of the chute.

The lack of the trash chutes will severely impact the efficiency for which demolition debris can be transported from the building to waste receptacles. Moreover, the additional time required to perform pre-abatement demolition will also delay abatement activities within the core areas.

Please be advised that due to the delay in the shut down of the chilled water and high pressure steam, Hudak's will have associated costs that will be forwarded once they are ascertained. Additionally, Hudak's will require additional time to complete work and/or additional monies to supplement our workforce to meet contractually set schedule demands.

Sincerely,
Sterling-Hudak's Joint Venture

Phillip W. Bosnick
Project Manager

cc: file
T. Hudak
S. Crockett

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099