8

Sterling - Hudaks Joint Venture
Demolition, Asbestos & Lead Abatement Contractor

October 28, 2003

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Mark Starkey
Re: Shutdown Delay
Fax: 410-594-9782

1st Response Received 1-20-04 @

---

Dear Mark:

Sterling-Hudak's Joint Venture has been informed that the shutdown for the chilled water and high pressure air has been delayed from October 18, 2003 to November 1, 2003. The following correspondence is regarding impacts as a result in the shut down delay and voids previous correspondence regarding this issue.

The shut down is crucial to the start of abatement activities at the exterior wall and the subsequent installation of the trash chutes between column lines P & Q, and at the "Bus Loop" loading dock.

These activities are sequential in nature and dependent upon one another, i.e. the shutdown must occur first followed by abatement and finally chute installation. At the start of any project where it is our intent to utilize a trash chute, the first goal is to facilitate and complete trash chute installation.

Please be advised that the delay in the shut down will hold up abatement and chute installation activities. Hudak's was prepared to begin abatement between column lines P & Q and at the "Bus Loop" loading dock area, on Monday, October 20, 2003, the anticipated, full NTP. Now that the shutdown is delayed until November 1, 2003, Hudak's will realize additional costs associated with inefficient work practices.

The lack of the trash chutes will severely impact the efficiency for which demolition debris can be transported from the building to waste receptacles. Rather than dumping to chutes that will empty into waste receptacles, Hudak's is transporting the debris via carts down designated elevators, etc. and stockpiling debris on the floors. These work practices have men double handling debris.

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099

Hudak's anticipates an efficiency of 50% utilizing these work practices. With an average of thirty (30) men appropriated to the affected work areas, Hudak's anticipates a loss of productivity equal to the following calculation:

30 Men x 8 Hours x 10 Days = 2,400 Man Hours
2,400 Man Hours x $24.15 (Including OH & P) x 50% Efficiency = $28,980.00

If you have any questions regarding this matter please feel free to contact me at 410-365-0631.

Sincerely,

Sterling-Hudak's Joint Venture
Timothy Hudak
Partner

cc: file
P. Bosnick
S. Crockett