9

Hudak's Construction Services, Inc.

Architectural, Mechanical and
Electrical Demolition

December 15, 2003

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Jeremy Sibert/Bruce Rosenthal
Re: South Core/Fire Sprinklers
Fax: 410-594-9782

---

Dear Gentlemen:

Hudak's has been instructed to proceed with work in the southwest core area. At this time fire sprinklers have not been shutdown. Hudak's will not proceed with work in these areas until this is completed.

If you have any questions I can be reached at 443-506-0028.

Sincerely,
HUDAK'S ASBESTSOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Bruce Gilson

Bruce D. Gibson
Asst. Project Manager

cc: file