10

Hudak's Construction Services, Inc.

*Architectural, Mechanical and Electrical Demolition*

January 23, 2004

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Jeremy Sibert
Re: Sprinkler Line
Fax: 410-594-9782

---

Dear Jeremy:

Hudak's cut a live sprinkler during the evening shift that began on January 22, 2004. The line was marked "green" and subsequently removed by Hudak's. Please note that the walker duct system had not been sealed at the time of the incident, and Hudak's will not be responsible for any cost or delays associated with this matter as work was being performed in accordance with previously established protocol for the project.

Furthermore, Hudak's entire crew was stopped to clean up the water generated by this event. Costs and delays associated with the downtime will be forthcoming.

If you have any questions or wish to discuss this matter further I may be reached at 410-365-0631.

Sincerely,
HUDAK'S ASBESTOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Phillip W. Bosnick
Asst. Vice President

cc: file

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099