# 11

Hudak's Construction Services, Inc.

Architectural, Mechanical and
Electrical Demolition

February 5, 2004

Hensel Phelps Construction Co.
108 East Perimeter Drive
Baltimore, Maryland 21207

Attn: Jeremy Sibert
Re: Electrical Issues
Fax: 410-594-9782

---

Dear Jeremy:

Due to the incident occurring last evening and regarding live electrical lines that were marked for demolition, Hudak's will not proceed with any further electrical demolition until corrective action has been taken to ensure that all lines are properly marked.

Once a plan has been established, Hudak's expects written confirmation of the steps taken so that they can be reviewed with our employees.

If you have any questions or wish to discuss this matter further I may be reached at 410-365-0631.

Sincerely,
HUDAK'S ASBESTOS REMOVAL, INC.
HUDAK'S CONSTRUCTION SERVICES, INC.

Phillip W. Bosnick
Asst. Vice President

cc: file
L. Sheeler via e-mail