12

Hudak's Construction Services, Inc.

*Architectural, Mechanical and Electrical Demolition*

November 23, 2004

Mark Starkey
Leslie Sheeler
Hensel Phelps Construction Co.
108 East Perimeter Dr.
Baltimore, MD 21207

**Re: 2003030 SSA Ops. Bldg. Renovation (Hudak's # 208)**
**Cut and Cap in Kitchen- Life Safety Issue**

Dear Mark & Leslie:

Hensel Phelps in several PM meetings and Superintendent meeting prior to August 16th, 2004 notified all subcontractors that ALL active utilities in the ground floor & especially the kitchen area were going to be disconnected, cut and capped as of the 16th of August, 2004. As of today's date there are still many active utilities live in these areas.

I have sent repeated letters of notice about this condition and each time a few more electric or water lines will be disconnected the next day. Last night (Sept 2, 2004) one of Hudak's employees cut into a live electric circuit to a piece of kitchen equipment. Fortunately, no one was hurt this time. Next time we may not be so lucky. If one of our employees had been removing a piece of equipment with water attached to it there could have been water on the floor creating a most dangerous situation. This is not to mention damage what could have resulted if water had drained down to underlying tunnels.

The reckless push to accelerate demolition work in these areas without properly disconnecting ALL UTILITIES at their source is clearly in violation of OSHA and MOSHA safety practices, and is in direct conflict with Hudak's Safety Procedures and just plain common sense.

Hudak's is trying to work with Hensel Phelps to meet the revised and very aggressive demolition schedule for the referenced areas. I am confident that Hensel Phelps agrees with Hudak's that no amount of production is worth a single injury let alone a possible loss of life.

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099

Hudak's Construction Services, Inc.
Architectural, Mechanical and
Electrical Demolition

Hudak's is requesting for the last time that these dangerous working conditions be remedied immediately. If Hensel Phelps continues to ignore this issue, Hudak's will have no other choice but to seek safe working conditions through other avenues.

Sincerely,
Hudak's Construction Services, Inc.

**Larry B. Davis**
**Sr. Project Manager**

**C:File: A. Barnes, T. Hudak**

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099