13

Hensel Phelps Construction Co.

Repair and Restoration of SSA Operations Building

# Phase II Plan for Demarcation Between Occupied and Construction Areas

## Introduction

The following plan has been developed in conjunction with our Mechanical, Electrical, and Fire Protection Subcontractors to address the required lines of demarcation between the occupied and construction sides of the building upon turnover of the Phase I space to the Government on approximately April 11, 2005. This plan has been developed in an effort to conscientiously address and identify the occupyable space which will be made available to the Government on the aforementioned date. Dependent factors which have greatly affected the impact of this plan, and are therefore addressed herein, are as follows:

1. **Coordination of MEP Design with Phasing Lines Dictated by the Government**
   Section 01010 of the Contract Documents titled "Summary of the Work", outlines certain requirements dictated by the Government relative to the occupyable space of the building and lines of demarcation between it and the construction side of the building. Specifically, Section 01010.1.3.A.2 indicates that "full heat, air conditioning, ventilation, fire protection and life safety systems in government occupied spaces" is to be sustained. In addition, Section 01010.1.4.A states that the "government will fully occupy those portions of the Project which are not in the phase of Work" and that "all systems and services to the occupied portions throughout the Project" shall be sustained. Section 01010.1.4.B continues in stating that these portions of the Project shall also be "air conditioned", "sprinkler protected", "above-ceiling systems inspected and signed-off", and "lights installed and energized" to name a few. However, we now know that meeting many of these requirements in certain areas between the current temporary barrier wall and Column Line M is not possible. Some of the basic reasons for this are as follows:

   a. HVAC air is serviced from the East Core Penthouses
   b. HVAC systems piping is serviced from the East Core Penthouses or East Tunnels
   c. fire protection systems are zoned from Phase II services
   d. fire alarm systems are zoned from Phase II services
   e. power and lighting is serviced from Phase II
   f. roof drains feed to storm risers in Phase II
   g. floor drains feed to sanitary risers in Phase II
   h. telecommunications are serviced from Phase II
   i. security is serviced from Phase II

2. **Location of Temporary Barrier Wall Dictated by the Government Following Notice to Proceed in 2003**
   During the initial stages of this Project, much discussion took place as to the exact location of the temporary barrier wall constructed to separate the occupied and construction sides of the building. Ultimately, the exact location of the barrier wall was dictated by the Government and remains as currently located today. As a result certain inherent elements of the design were not coordinated with the actual location of this barrier wall. For example, the location of the temporary barrier wall did not

allow for new installation of structural steel at the linear atria during the course of Phase I construction. Specifically, the current location of SSA's Print Shop (near K-Line on the 2nd Floor) forced the temporary barrier wall further West than originally planned. This location of the temporary barrier wall did not allow for the installation of the structural steel as designed to support the new atria cut-out. This situation has been further complicated by the additional requirement of the Structural Engineer to install an elaborate series of post shores for supplemental temporary support of the area in question.

3. <u>Requirement to Bring the New Kitchen and Cafeteria Online within Phase I</u>
   In accordance with Section 01010.3.1.E the Kitchen and Cafeteria are to be demolished and reconstructed within the Phase I period. As the Kitchen and Cafeteria geographically sit within the confines of the Phase II space, access considerations have been made in this plan in an effort to allow personnel to travel from the occupied space without the need to enter the construction space.

4. <u>Requirements for Shared Use Space</u>
   Similar to the NTI and C&P Switchrooms in Phase I, various areas situated geographically within the confines of the Phase II space, but necessary for access by the Government will be designated as "shared use". For example, the Ground Floor Mechanical Room G-MECH-00 which exclusively services the Kitchen and Cafeteria will need to be accessed on a regular basis by both construction as well as building maintenance personnel. As this room geographically sits within the confines of the Phase II space, but need not have permanent access, it shall be locked and deemed "shared use" space.

<u>The Plan</u>

Through development of this plan, the attached drawings depict our intended lines of demarcation between the occupied and construction sides of the building upon turnover of the Phase I space to the Government on approximately April 11, 2005. The current barrier wall (constructed at the beginning of Phase I and highlighted in *green* on the attached plan) will be removed upon completion of the Phase I space and during the 6-month move-in period. As such the permanent barrier between the construction and occupied sides of the building will consist of the new walls constructed as a permanent part of our Phase I construction. These walls are highlighted in *orange* on the attached drawings. At locations in which new walls constructed as a permanent part of our Phase I construction do not achieve a complete barrier (i.e. outside the typical core toilet rooms), we will need to either add temporary 1 hour barriers constructed slab-to-slab, or modify new walls constructed (i.e. extend walls above ceiling and below access floor such that they are constructed slab-to-slab). New temporary 1 hour barrier walls are noted in *pink* on the attached drawings, while permanent walls being needing modification are noted in *blue*.

Execution of this plan will consist of a 5 step process starting in the final stages of Phase I construction and ending at final completion of Phase II construction and the Project as a whole. This 5 step process is as follows:

STEP 1: *<u>Construction of New Temporary Barriers (March 1, 2005)</u>*
This step will consist of the new temporary construction of barriers to close off areas in which permanent walls from new construction do not provide natural barriers separating the occupied and construction sides of the building. Such barriers are identified in *blue* on the attached drawings. As a typical example, we will shut off the corridors immediately outside the typical Toilet Rooms on each floor in each core at approximately Column Line M. In addition to constructing these new temporary barriers, establishment of new paths of access and egress will take place during this step.

STEP 2: *Turnover and Move-In (April 11, 2005)*
On approximately April 11, 2005, the Phase I space from approximately Column Line M to the West side of the Building will be turned over to the Government for beneficial occupancy at which time the 6-month move-in period will commence. Also, during this 6-month period removal of the current barrier wall (constructed at the beginning of Phase I and highlighted in *green* on the attached plan) will take place.

STEP 3: *Phase II Construction (October 8, 2005 - February 1, 2007)*
On approximately October 8, 2005, demolition and construction of the Phase II space will commence.

STEP 4: *Removal of Temporary Barriers (January 1, 2007)*
This step will consist of the removal of the temporary barriers constructed during Step 1 as stated above. In addition to the removal of these new temporary barriers, establishment of permanent paths of access and egress into the building will take place during this step.

STEP 5: *Turnover and Completion (February 1, 2007)*
On approximately February 1, 2007, the Phase II space from approximately Column Line M to the East side of the Building will be turned over to the Government for beneficial occupancy.

## Affect on occupants

As we assume the Government will be interested in various concerns such as access and egress, toilet rooms, vertical transportation, stairwells, and spaces unavailable, we have taken the liberty to outline them below:

1. Access and Egress
   Upon turnover and move-in to the Phase I space the occupants will be provided with twenty (20) points of access and egress into the Building's occupied side. These points of access and egress are as follows:

   a. G-RM-01 via the GSA Loading Dock at Ground Floor
   b. G-CAFÉ-00 via the Northeast Cafeteria Entrance at Ground Floor
   c. G-COR-00 via the Altmeyer Lobby at Ground Floor
   d. G-CAFÉ-00 via the Altmeyer Lobby at Ground Floor
   e. 1-COR-20 via the North Annex Link at 1st Floor
   f. 1-VEST-03 via the Westcentral Entrance at 1st Floor
   g. 1-RM-5B via the Main Loading Dock at 1st Floor
   h. 1-VEST 01 via the Northwest Canopy Entrance at 1st Floor
   i. 1-CU-13 via the Altmeyer Lobby at 1st Floor
   j. 2-VES-05 via the Southwest Entrance at 2nd Floor
   k. 2-COR-55 via the South Annex Link at 2nd Floor
   l. 2-COR-33 via the North Annex Link at 2nd Floor
   m. 2-MED-16A via the Altmeyer Lobby at 2nd Floor
   n. 3-COR-55 via the South Annex Link at 3rd Floor
   o. 3-COR-33 via the North Annex Link at 3rd Floor
   p. 3-COR-60 via the Altmeyer Lobby at 3rd Floor
   q. 4-COR-55 via the South Annex Link at 4th Floor
   r. 4-COR-33 via the North Annex Link at 4th Floor
   s. 4-COR-60 via the Altmeyer Lobby at 4th Floor
   t. 5-COR-61 via the Altmeyer Lobby at 5th Floor

2. Toilet Rooms
Upon turnover and move-in to the Phase I space the occupants will have access to fourteen (14) women's and fourteen (14) men's toilet rooms. These toilet rooms are as follows:

| | | | | |
|---|---|---|---|---|
| G-TRW-00 | 1-TRW-03 | 2-TRW-05 | 3-TRW-05 | 4-TRW-05 |
| G-TRM-00 | 1-TRM-03 | 2-TRM-05 | 3-TRM-05 | 4-TRM-05 |
| G-CAFÉ-20 | 1-TRW-01 | 2-TRW-03 | 3-TRW-03 | 4-TRW-03 |
| G-CAFÉ-21 | 1-TRM-01 | 2-TRM-03 | 3-TRM-03 | 4-TRM-03 |
| | 1-RM-13 | 2-TRW-01 | 3-TRW-01 | 4-TRW-01 |
| | 1-RM-14 | 2-TRM-01 | 3-TRM-01 | 4-TRM-01 |

3. Vertical Transportation
Upon turnover and move-in to the Phase I space the occupants will have access to four (4) elevators in the Operations Building in addition to the existing elevators in the Annex and Altmeyer Buildings. These elevators are as follows:

Elevator #9
Elevator #10
Elevator #11
Elevator #12

4. Stairwells
Additionally, upon turnover and move-in to the Phase I space the occupants will have access to three (3) stairwells in the Operations Building in addition to the existing elevators in the Annex and Altmeyer Buildings. These stairwells are as follows:

Stair #11
Stair #7
Stair #4

5. Spaces Unavailable
Upon turnover and move-in to the Phase I space, in general the occupants will not have access to the following spaces in addition to the general space East of Column Line M excluding only the Kitchen, Cafeteria, M.E.R., and Self Service Store:

a. Women's and Men's Toilet Rooms South of the Cafeteria (G-TRW-01 and G-TRM-01)
b. Typical "String of Pearls" Conference Rooms at Column Line K
c. Existing South and North Escalators on ALL Floors
d. New Escalator in Altmeyer Link on ALL Floors
e. Monumental Stairs in Altmeyer Link on ALL Floors
f. Monumental Stairs at Column Lines 13 to 14 on ALL Floors
g. Linear Atria and Typical "Mainstreet" Area on ALL Floors
h. South Entrance on 2nd Floor (2-VES-06)
i. Shared Meeting Room on 3rd Floor (3-AC3-06)
j. Shared Meeting Room on 4th Floor (4-AC3-06)

6. Shared Use Spaces
As mentioned above, upon turnover and move-in to the Phase I space, many areas in the building occupied and construction spaces of the building will require access by both construction personnel and building maintenance personnel, and therefore have been deem "shared use" spaces. Access to such spaces will be closely coordinated between construction and Government personnel such that operations may proceed without disruption. However, similar to the NTI and C&P Switchrooms

in Phase I, areas which Government personnel need to access but are geographically confined by the limits of the Phase II "footprint" will still be considered "construction areas". As such, OSHA and jobsite requirements will apply relative to personal protective equipment (PPE) for personnel entering these areas. These areas include, but are not limited to, the following:

a. M.E.R. (1-MER-0)
b. Southwest Penthouse
c. Centerwest Penthouse
d. Northwest Penthouse
e. Tunnels
f. G-MECH-00
g. NTI Switchroom
h. C&P Switchroom
i. Chiller Room
j. G-MECH-01

## Issues to Be Addressed by Design Team

Due to current constraints in the design which do not completely coincide with the Owner's requirement to turn specific spaces over to the Government within Phase I, various issues need to be addressed by the design team and potentially redesigned to make such turnover possible:

1. M.E.R. (1-MER-0)
   While not currently a requirement of the Contract Documents, we have been told that the M.E.R. (1-MER-0) must be completed and turned over to the Government at the end of Phase I. Currently the Contract Documents identify portions of new services required for the M.E.R. as being fed from the Phase II side of the building. Specifically, all of the HVAC air, as well as portions of the HVAC piping and sanitary piping are fed from Phase II. If the M.E.R. is to be turned over to the Government with the balance of Phase I spaces, these systems must be redesigned and fed from Phase I.

2. Self Service Store (1-SSS-01)
   While not currently a requirement of the Contract Documents, we have been told that the Self Service Store (1-SSS-01) must be completed and turned over to the Government at the end of Phase I. Currently the Contract Documents identify portions of new services required for the Self Service Store as being fed from the Phase II side of the building. Specifically, all of the HVAC air, power, lighting, and communications are fed from Phase II. If the Service Store is to be turned over to the Government with the balance of Phase I spaces, these systems must be redesigned and fed from Phase I. Additionally, provisions in the design will need to be made for an additional temporary corridor allowing access by occupants to the Self Service Store.

3. Kitchen and Cafeteria Areas
   Currently the Contract Documents identify portions of new services required for the Kitchen and Cafeteria Areas as being fed from the Phase II side of the building. Specifically, portions of the power for general receptacles are fed from Phase II. If the Kitchen and Cafeteria Areas are to be turned over to the Government with the balance of Phase I spaces, these systems must be redesigned and fed from Phase I.

4. Photo Studio Areas
   While not currently a requirement of the Contract Documents, we have been told that the Photo Studio Areas must be completed and turned over to the Government at the

end of Phase I. Currently the Contract Documents identify portions of new services required for the Photo Studio Areas as being fed from the Phase II side of the building. Specifically, all of the power and lighting is fed from Phase II. If the Photo Studio Areas are to be turned over to the Government with the balance of Phase I spaces, these systems must be redesigned and fed from Phase I.

5. **Mechanical (G-MECH-00)**
Currently the Contract Documents identify portions of new services required for the Mechanical Room (G-MECH-00) as being fed from the Phase II side of the building. Specifically, all of the power and lighting is fed from Phase II. If the Mechanical Room (G-MECH-00) is to be turned over to the Government with the balance of Phase I spaces, these systems must be redesigned and fed from Phase I.

6. **Typical Toilet Room Corridors (Vestibules)**
Currently the Contract Documents identify portions of new services required for the typical toilet room corridors (vestibules) as being fed from the Phase II side of the building. Specifically, all of the fire protection piping for the following is fed from Phase II:

| | | | |
|---|---|---|---|
| 1-COR-2A | 2-COR-6A | 3-COR-6A | 4-COR-6A |
| | 2-COR-29A | 3-COR-29A | 4-COR-29A |
| | 2-COR-51A | 3-COR-51A | 4-COR-51A |

If the toilet rooms associated with the aforementioned corridors are to be turned over to the Government with the balance of Phase I spaces, these systems must be redesigned and fed from Phase I.

7. **Supplemental Temporary Structural Support for Missing Steel**
As identified earlier in this plan, the current location of the temporary barrier wall has forced the need for a plan for supplemental structural support associated with missing steel for the North linear atria opening due to the location of the barrier wall at K-Line on 2nd Floor by SSA. Currently, we have been presented with a preliminary plan for supplemental structural support which will require approximately 50+ post shores to be installed on the 1st Floor within the limits of two of the spaces SSA needs most upon completion of Phase I, the M.E.R. and the Self Service Store. If the aforementioned rooms are to be turned over to the Government with the balance of Phase I spaces, this supplemental structural support must be redesigned.

**Summary**

Hopefully the preceding plan has provided an adequate foundation for the transition to come between Phases I and II. Furthermore, we anticipate it will provide all parties involved with a better understanding of the intended lines of demarcation between the occupied and construction sides of the building in addition to outlining the inherent constraints of the current design with respect to this transition and the necessary lines of demarcation. We feel that this plan is a well thought-out and will provide the least amount of disruption to the building's occupants during the Phase II construction period, as well as providing a solid transition through commissioning and turnover of the Phase I space.