14

Hudak's Construction Services, Inc.

Architectural, Mechanical and
Electrical Demolition

November 23, 2004

Mark Starkey- Project Manager
Jeremy Sibert- Project Engineer
Bruce Rosenthal- Project Superintendent
Rodney Penton- Project Shift Supervisor

Hensel Phelps Construction Co.
108 East Perimeter Dr.
Baltimore, MD 21207

**Re: 2003030 SSA Ops. Bldg. Renovation (Hudak's # 208)**
**Ground Floor Kitchen- Life Safety Issues**

Dear Mr. Starkey,

Please be advised that beginning with tonight's shift (7:00PM 9-7-04) Hudak's is removing its crew from the kitchen area due to the Life Safety issues that have been pointed out in numerous other letters prior to today's date but have remained unresolved.

When ALL UTILITIES have been cut, capped and otherwise made safe, Hudak's will proceed with work in that area. The following issues must be resolved for Hudak's return to the kitchen.

- All water must be drained from all piping protruding from walls or floors as much of the kitchen equipment has piping through out the devise, making it impossible for Hudak's to remove the equipment.

- Temporary floor stand lighting fed by power cords lying on the floor is not acceptable since there is live water through out the space. Lighting must be industry standard and ceiling hung.

- Sprayed on fire-proofing above the kitchen ceiling must be identified and a safe perimeter must be marked out so that we can remove the ceilings to set up our shoring for the kitchen roof.

- All electric lines and circuit panels must be cut, capped and tagged

P.O. Box 72430 • 8229 Pulaski Highway • Baltimore, MD 21237
(410) 238-2000 • Fax (410) 238-1099

The safe areas that are available to Hudak's we will continue to pursue. These include:

- Atria Cuts
- Dinning room ceilings.
- Walker ducts where not yet complete.
- Exterior site work at south entrance.
- Electric conduit that is available in the north tunnel.
- Work List or "Punch List" that has been given to Hudak's.

Abatement will continue on the 3rd and 2nd floors @ the "L & 26 " line.
Abatement will also continue along the west corridor rooms on the ground floor.

Hudak's has made significant attempts during recent months to help establish a working team partnership with Hensel Phelps to finish this project in a professional and efficient manner and was repeatedly promised that the kitchen would be completely ready for demolition on the 16th of August., 2004. Hensel Phelps has consistently caused delays in Hudak's efforts to perform demolition in the kitchen area by not performing their contractual obligations to provide cutting and capping in the kitchen work area.

As a consequence, Hudak's intends to hold Hensel Phelps responsible for all costs and time impacts due to the area not being made ready.

Please notify me when Hudak's may safely resume demolition work in the kitchen area.

Sincerely,
**Hudak's Construction Services, Inc.**

**Larry B. Davis**
**Sr. Project Manager**