IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HENSEL PHELPS CONSTRUCTION CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-774C |
| v. | ) | |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45 day enlargement of time, to and including March 1, 2007, to file a response to the complaint. Defendant's response is currently due on January 15, 2007. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff and counsel for plaintiff has represented that plaintiff does not oppose this request for an enlargement of time.

Defendant's counsel was assigned to this matter and first received a copy of the complaint on November 20, 2006. Defendant's counsel promptly sent the General Services Administration a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. However, as a result of delays in the assignment of agency counsel, additional time is needed for agency counsel to gather and review information necessary for preparation of the litigation report and a suggested response to the complaint.

Agency counsel has represented that he requires an additional 30 days to prepare a litigation report and a suggested response to the complaint. Defendant's counsel will require additional time to study the litigation report, its supporting documentation, and the suggested

response to the complaint, to consult with agency counsel and other Government attorneys, and to prepare and file the Government's response to the complaint, following mandatory supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of 45 days, to and including March 1, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

January 8, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, a copy of the foregoing "DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle