# In the United States Court of Federal Claims

**(No. 06-774C)**
**(Filed January 9, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**HENSEL PHELPS CONSTRUCTION CO.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On January 8, 2007, Defendant filed an unopposed motion for an enlargement of time of 45 days, to and including **March 1, 2007**, within which to respond to plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**