IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HENSEL PHELPS CONSTRUCTION CO.** | * |
| **Plaintiff,** | * |
| **v.** | ***Case No. : 06-774 C**<br>**Judge: Mary Ellen Coster Williams** |
| **THE UNITED STATES OF AMERICA** | * |
| **Defendant.** | * |

* * * * * * * * * * * * *

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff in the above matter, pursuant to RCFC Rule 41(a)(1), respectfully files this notice of voluntary dismissal without prejudice to Plaintiff's right to re-file an appeal on the claim that is the subject of this matter, when a Contracting Officer's Final Decision is rendered on Plaintiff's claim and/or if the Contracting Officer fails to issue Final Decision by March 12, 2007.

Respectfully submitted,

/s/

Roger C. Jones
**HUDDLES JONES SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)

Counsel for Plaintiff,
Hudak's Construction Services, Inc.

DATED: January 31, 2007

**CERTIFICATE OF SERVICE**

I Hereby Certify that on the 31st day of January, 2007, a copy of the foregoing Plaintiff's Notice of Dismissal Without Prejudice was emailed and mailed, postage prepaid, to:

Tara J. Kilfoyle, Esq.
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
ATTN: Clasasification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Tara.Kilfoyle@usdoj.gov

(202) 305-1709 Phone
(202) 307-0972 Facsimile

/s/

Roger C. Jones