# In the United States Court of Federal Claims

**(No. 06-774C)**
**(Filed January 31, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**HENSEL PHELPS CONSTRUCTION CO.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

On January 31, 2007, pursuant to RCFC Rule 41(a)(1), Plaintiff filed a notice of voluntary dismissal without prejudice to Plaintiff's right to refile its appeal under the Contract Disputes Act when a Contracting Officer's Final Decision is rendered on Plaintiff's claim or by March 12, 2007, if the Contracting Officer fails to issue a Final Decision.

The Clerk is directed to dismiss this case, without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**